UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
John Weiss, on behalf of himself and all
all others similarly situated consumers,

                        Plaintiff,  **STIPULATION OF DISMISSAL**

                                         **18-cv-761**

      -against-

**FILED
CLERK
8/13/2018 9:38 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

ZWICKER & ASSOCIATES, P.C.,

                        Defendants.
-----------------------------------------------------------x

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against ZWICKER & ASSOCIATES, P.C. with prejudice and without costs to any party.

Dated: August 10, 2018

_____        _____
MITCHELL L. PASHKIN, ESQ.                       ARTHUR SANDERS. ESQ.
775 Park Avenue, Suite 255                          BARRON & NEWBURGER, P.C.
Huntington, New York  11743                      30 South Main Street
Phone (631)629-7709                                  New City, NY  10956
mpash@verizon.net                                     Phone: (845) 499-2990
*Attorney for Plaintiff*                                        asanders@bn-lawyers.com
                                                                *Attorney for Defendant*

Case closed.
SO ORDERED.
/s/ JMA, USDJ        8/13/2018